IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROWENA STURDEVANT and JAMES DEAN STURDEVANT as Trustee of Rowena Sturdevant's Irrevocable Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL WESTERN LIFE INSURANCE CO., a Texas corporation,<br><br>Defendant. | CV 20-118-M-DLC<br><br>JUDGMENT |

   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

   IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant National Western Life Insurance Company in accordance with the Court's Order, and this matter is now closed.

   Dated this 19th day of August, 2021.

              TYLER P. GILMAN, CLERK

              By: /s/ Nicole Stephens
              Nicole Stephens, Deputy Clerk